

*Sarah Sharer Curley*

**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

# JACKSONWHITE
### ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com

John N. Skiba, Esq. Bar#022699
Counsel for the Debtor(s)

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| **JOSEPH DUNCAN PERRY and CARRI LOUISE PERRY,** | **CASE NO: 2:10-BK-29200-SSC** |
| **Debtor(s).** | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS** |

    Having received Debtor's Motion for an extension of time by which to file all remaining Schedules and Statements, and good cause appearing:

    **IT IS HEREBY ORDERED** granting Debtor's motion and providing the Debtor until October 12, 2010 to file all remaining documents.

    **DATED** this _____ day of _____, 2010.

_____
**The Honorable Sarah Sharer Curley**
**United States Bankruptcy Judge**

-1-