# Notice Recipients

District/Off: 0970−2  User: aguilara  Date Created: 10/19/2010
Case: 2:10−bk−29200−SSC  Form ID: vanodc  Total: 22

**Recipients of Notice of Electronic Filing:**
aty   JOHN N. SKIBA   jskiba@jacksonwhitelaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   JOSEPH DUNCAN PERRY   22510 SOUTH 173RD WAY   GILBERT, AZ 85298
jdb   CARRI LOUISE PERRY   22510 SOUTH 173RD WAY   GILBERT, AZ 85298
tr   RUSSELL BROWN   CHAPTER 13 TRUSTEE   SUITE 800   3838 NORTH CENTRAL AVENUE   PHOENIX, AZ 85012−1965
smg   AZ DEPARTMENT OF REVENUE   BANKRUPTCY &LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007−2650
9675981   ARIZONA DEPARTMENT OF REVENUE   SPECIAL OPERATIONS UNIT   1600 W. MONROE 7TH FLOOR   PHOENIX, AZ 85007
9640108   Bureau Of Med Econcs   326 E Coronado Rd   Phoenix AZ 85004
9640109   Capital One, N.a.   C/O American Infosource   Po Box 54529   Oklahoma City OK 73154
9640110   Capital One, N.a.   Po Box 85520   Richmond VA 23285
9640112   Chase Manhattan Mortgage   10790 Rancho Bernardo Rd   San Diego CA 92127
9640111   Chase Manhattan Mortgage   Attention: Research Dept. G7−PP   3415 Vision Drive   Columbus OH 43219
9640113   Citibank   Attention: Centralized Bankruptcy   Po Box 20507   Kansas City MO 64915
9640114   Citibank   Po Box 6241   Sioux Falls SD 57117
9734577   Compass Bank   P.O. Box 10566   Birmingham, AL 35296
9640115   Rbc Bank   1476 Hunter Hill Rd   Rocky Mount NC 27804
9640116   Rbc Bank   Po Box 151   Rocky Mount NC 27802
9640117   Tek−collect Inc   871 Park St   Columbus OH 43215
9640118   Usa Servicing Company   11100 Usa Pkwy   Fishers IN 46037
9640120   Verizon   15900 Se Eastgate Way   Bellevue WA 98008
9640119   Verizon   c/c AFNI Inc   1310 Martin Luther King Drive   Bloomington IL 61702
9640122   Wachov Mtg/ Wells Fargo   3480 Stateview Blvd−Bldg 2s   Fort Mill SC 29715
9640121   Wachov Mtg/ Wells Fargo   Attn: Bankruptcy   Po Box 10335   Des Moines IA 50306

TOTAL: 21